(REV. 07/89)                                    **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS OF THE REVERSE OF THE FORM.)

| I (a) PLAINTIFFS | DEFENDANT |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON, DELAWARE, HEALTH AND WELFARE FUND, PENSION FUND, AND DEFERRED INCOME PLAN | BAY ELECTRICAL CONTRACTORS, INC. a/k/a Bay Electrical Services, LLC a/k/a Bay Electrical Services |
| b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF New Castle (EXCEPT IN U.S. PLAINTIFF CASES) | |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Rick S. Miller (#3418) FERRY JOSEPH & PEARCE, P.A. 824 Market Street, Suite 904 P.O. Box 1351 Wilmington, DE 19899-1351 (302)575-1555 | ATTORNEYS (IF KNOWN) |

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

9 1 U.S. Government         X 3 Federal Question
9 2 U.S. Government         9 4 Diversity
     Defendent                     (Indicated Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

N/A

**IV. CAUSE OF ACTION** (CITE THE U S CIVIL STATUE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTION STATUES UNLESS DIVERSITY)

29 USC §1002 et seq.;Benefits due under ERISA

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | 9 610 Agriculture | 9 422 Appeal 28 USC 158 | 9 422 State Reapportionment |
| 9 110 Insurance | 9 310 Airplane | 9 362 Personal Injury-- Med Malpractice | 9 620 Other Food & Drug | 9 423 Withdrawal 28 USC 157 | 9 410 Antitrust |
| 9 120 Manne | 9 315 Airplane Product Liability | 9 365 Personal Injury -- Product Liability | 9 625 Drug Related Seizure of Property 21 USC 881 | | 9 430 Banks and Banking |
| 9 130 Miller Act | | | | | 9 450 Commerce/ICC Rates/etc. |
| 9 140 Negotiable Instrument | 9 320 Assault, Libel & Slander | 9 368 Asbestos Personal Injury Product Liability | 9 630 Liquor Laws | **PROPERTY RIGHTS** | 9 460 Deportation |
| 9 150 Recovery of Overpayment & Enforcement of Judgment | 9 330 Federal Employers' Liability | **PERSONAL PROPERTY** | 9 640 R.R. & Truck | 9 820 Copyrights | 9 470 Racketeer Influenced and Corrupt Organizations |
| 9 151 Midicare Act | 9 340 Manne | 9 370 Other Fraud | 9 650 Airline Regs | 830 Patent | 9 810 Selective Service |
| 9 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 9 345 Manne Product Liability | 9 371 Truth in Lending 9 380 Other Personal Property Damage | 9 660 Occupational Safety/Health 9 690 Other | 9 840 Trademark | 9 850 Securities/Commodities/ Exchange |
| 9 160 Stockholders Suits | 9 350 Motor Vehicle | 9 385 Property Damage Property Liability | **LABOR** | **SOCIAL SECURITY** | 9 875 Customer Challenge 12 USC 3410 |
| 9 190 Other Contract | 9 355 Motor Vehicle Product Liability | | 9 710 Fair Labor Standards Act | 9 861 HIA (1395ff) | 9 891 Agricultural Acts |
| 9 195 Contract Product Liability | | | 9 720 Labor/Mgmt. Relations | 9 862 Black Lung (923) 9 863 DIWC/DIWW (405(g)) | 9 892 Economic Stabilization |
| | | | 9 730 Labor/Mgmt. Reporting & Disclosure Act | 9 864 SSID Title XVI 9 865 RSI (405(g)) | 9 893 Environmental Matters 9 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 9 740 Railway Labor Act | **FEDERAL TAX SUITS** | 9 895 Freedom of Information Act |
| 9 210 Land Condemnation | 9 441 Voting | 9 510 Motions to Vacate Sentence | 9 790 Other Labor Litigation | 9 870 Taxes (U.S. Plaintiff or Defendant) | 9 900 Appeal of Fee Determination Under Equal Access to Justice |
| 9 220 Foreclosure | 9 442 Employment | | X 791 Empl. Ret. Inc. Security Act | | |
| 9 230 Rent Lease & Equipment | 9 443 Housing/ Accommodations | Habeas Corpus: 9 530 General | | 9 871 IRS -- Third Party 26 USC 7609 | |
| 9 240 Torts to Land | | 9 535   Dealth Penalty | | | 9 950 Constitutionality of State Statues |
| 9 245 Tort Product Liability | 9 444 Welfare | 9 540 Mandamus & Other | | | 9 Other Statutory Actions |
| 9 290 All Other Real Property | 9 440 Other Civil Rights | 9 550 Civil Right | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

X 1 Original Proceeding    9 2 Removed from State Court    9 3 Remanded from Appellate Court    9 4 Reinstated or Reopened    9 5 Transferred from another district (specify)    9 6 Multidistrict Litigation    Appeal to District 9 7 Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**    CHECK IF THIS IS A CLASS ACTION    ___9 UNDER F.R.C.P 23    **DEMAND $** N/A    Check YES only if demanded in complaint: **JURY DEMAND:** 9 YES   X NO

**VIII. RELATED CASE(S) IF ANY**    (See instructions)   N/A

| DATE: September 21, 2005 | SIGNATURE OF ATTORNEY OF RECORD: /s/Rick S. Miller (#3418) |
|---|---|

UNITED STATES DISTRICT COURT

COVER.USD