AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____0 5   6 9 1_____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

SEP 2 1 2005
(Date forms issued)

(Signature of Party or their Representative)

JAMES M. THOMPSON
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action