## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF, WILMINGTON DELAWARE HEALTH AND WELFARE FUND, et al. | : <br> : <br> : <br> : Civil Action No. 05- 691(KAJ) |
| Plaintiffs | : <br> : |
| v. | : <br> : |
| BAY ELECTRICAL CONTRACTORS, INC. <br>    a/k/a Bay Electrical Services, LLC <br>    a/k/a Bay Electrical Services | : <br> : <br> : |
| Defendant | : |

### REQUEST TO ENTER DEFAULT PURSUANT TO F.R.C.P. 55(a)

You will please enter a default on Defendant, Bay Electrical Contractors, Inc. a/k/a Bay Electrical Services, LLC a/k/a Bay Electrical Services ("Company" or "Defendant"), for its failure to plead or otherwise defend the Complaint filed on September 21, 2005 as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached declaration of Rick S. Miller, Esquire.

                                            Respectfully submitted,

                                            FERRY, JOSEPH & PEARCE, P.A.

                                            By: /s/Rick S. Miller
                                                RICK S. MILLER (#3418)
                                                Ferry, Joseph & Pearce, P.A.
                                                824 Market St., Suite 904
                                                P.O. Box 1351
                                                Wilmington, DE 19899
                                                (302) 575-1555

Date: November 29, 2005

161693-1

OF COUNSEL:
SANFORD G. ROSENTHAL
JESSICA L. TORTELLA
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106
(215) 351-0611/0669

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF, WILMINGTON DELWARE HEALTH AND WELFARE FUND, et al. : Plaintiffs : : v. : : BAY ELECTRICAL CONTRACTORS, INC. a/k/a Bay Electrical Services, LLC a/k/a Bay Electrical Services : Defendant | : : : : Civil Action No. 05- 691(KAJ) : : : : : : : |

### DECLARATION OF RICK S. MILLER FOR ENTRY OF DEFAULT

RICK S. MILLER, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiffs in the above-entitled action.

2. The Complaint and Summons in this action was served on the on Bay Electrical Contractors, Inc. a/k/a Bay Electrical Services, LLC a/k/a Bay Electrical Services by Denorris Britt, Process Server, who served SDM Robinson Corporate Agents, Company's Registered Agent, at 910 Foulk Road, Wilmington, DE, on October 6, 2006, as appears from the Affidavit of Service of the Complaint which has been duly docketed with the Court. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3. The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

4. The Defendant is not in the military service.

161693-1

     5.    Defendant is neither an infant nor an incompetent person.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Date: <u>November 29, 2005</u>　　　　　　　/s/ Rick S. Miller  
　　　　　　　　　　　　　　　　　　　　RICK S. MILLER (#3418)

**CERTIFICATE OF SERVICE**

I, Rick S. Miller, Esquire, state under penalty of perjury that I caused a copy of the foregoing Request to Clerk to Enter Default Pursuant to F.R.C.P. 55(a) to be served via first class mail, postage prepaid on the date and to the address below:

Bay Electrical Contractors, Inc.
a/k/a Bay Electrical Services, LLC
a/k/a Bay Electrical Services
507 Sterling Avenue
New Castle, DE  19720

and

Bay Electrical Contractors, Inc.
a/k/a Bay Electrical Services, LLC
a/k/a Bay Electrical Services
c/o SDM Robinson Corporate Agents
910 Foulk Road
Wilmington, DE


Date: <u>November 29, 2005</u>            <u>/s/ Rick S. Miller          </u>
                                             RICK S. MILLER (#3418)

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM

161693-1