IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF, WILMINGTON DELAWARE HEALTH AND WELFARE FUND, et al.<br><br>    Plaintiffs<br><br>v.<br><br>BAY ELECTRIAL CONTRACTORS, INC.<br>   a/k/a Bay Electrical Services, LLC<br>   a/k/a Bay Electrical Services<br><br>    Defendant | : Civil Action No. 05-691 (KAJ)<br>:<br>:<br>:<br>:<br>: Trial By Jury Demanded<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

AND NOW COMES, Stephen D.M. Robinson, Esquire who does enter his appearance on behalf of defendant BAY ELECTRICAL CONTRACTORS, INC. Answering defendant reserves all rights to affirmatively plead any and all defenses available including but not limited to service of process and statute of limitations defenses.

                                    ROBINSON GRAYSON & DRYDEN, P.A.

                                    _____
                                    Stephen D. M. Robinson
                                    No. 115
                                    910 Foulk Road, Suite 200
                                    Wilmington, DE  19803
                                    Attorney for Defendant

Date: December 12, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD ELECTRICAL WORKERS OF, WILMINGTON DELAWARE HEALTH AND WELFARE FUND, et al.<br><br>    Plaintiffs<br><br>v.<br><br>BAY ELECTRIAL CONTRACTORS, INC.<br>    a/k/a Bay Electrical Services, LLC<br>    a/k/a Bay Electrical Services<br><br>    Defendant | : Civil Action No. 05-691 (KAJ) |

## CERTIFICATE OF SERVICE

**I, STEPHEN D.M. ROBINSON, ESQUIRE**, an attorney with Robinson Grayson & Dryden, P.A., do hereby certify that a copy of the foregoing, Defendant's Entry of Appearance were served, via First Class U.S. Mail on this 12th day of December, 2005 upon the following:

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 N. Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

_____
Stephen D.M. Robinson