## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

December 23, 2005

Rick S. Miller, Esq.
Ferry, Joseph & Pearce, P.A.
824 N. Market Street - #904
Wilmington, DE  19801

Stephen D. M. Robinson, Esq.
Robinson Grayson & Dryden, P.A.
910 Foulk Rd. - #200
Wilmington, DE  19803

Re:   Local Union No. 313 of the International Brotherhood of Electrical
      Workers, etc., et al. v. Bay Electrical Contractors, Inc.
      Civil Action No. 05-691-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court