FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 FEB 17 PM 4: 14

# ROBINSON GRAYSON & DRYDEN
A PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELLORS AT LAW

STEPHEN D. M. ROBINSON*
ERIC L. GRAYSON
STEPHEN F. DRYDEN*
GLENN C. WARD*

FOULK & WILSON PROFESSIONAL CENTRE
SUITE 200
910 FOULK ROAD
WILMINGTON, DELAWARE 19803-3159

TELEPHONE
(302) 655-6262

FAX
(302) 655-1102

*ALSO ADMITTED IN PA

February 17, 2006

**VIA HAND DELIVERY**
The Honorable Kent Jordan
United States District Court
844 N. King Street
Lock Box 10
Wilmington, DE 19801

RE: *Local Union No. 313 et al. v. Bay Electrical Contractors, Inc.*
C.A. No. 05-691-KAG

Dear Judge Jordan:

The undersigned represents the interests of Bay Electrical Contractors with regard to the instant dispute. In accordance with your office's directive, I wanted to update the Court relative to the status of this matter. Notwithstanding the designations and amounts claimed to have been outstanding within the Complaint, the parties are now aware that the claims being contested between them are of a much more insignificant nature. The principal being contended against my client, who is a defunct corporate entity, totals less than $2,000.00. Attorneys fees claimed do inflate this figure. Settlement negotiations have been ongoing between the parties, with the defendant's most recent offer having been tendered as of February 16, 2006. I must accept blame for the lateness of this most recent offer in that I have been out of the office as a result of my wife having given birth to our son Zachary on February 7, 2006. I thank you for your courtesy and careful consideration of these matters.

Very truly yours,

ROBINSON GRAYSON & DRYDEN

STEPHEN F. DRYDEN

SFD/eak
Cc: Jessica L. Tortella, Esquire (via facsimile and mail)
Rick S. Miller, Esquire (via facsimile and mail)