

# ROBINSON GRAYSON & DRYDEN
A PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELLORS AT LAW

STEPHEN D. M. ROBINSON*  
ERIC L. GRAYSON  
STEPHEN F. DRYDEN*  
GLENN C. WARD*

FOULK & WILSON PROFESSIONAL CENTRE  
SUITE 200  
910 FOULK ROAD  
WILMINGTON, DELAWARE 19803-3159

TELEPHONE  
(302) 655-6262

FAX  
(302) 655-1102

*ALSO ADMITTED IN PA

February 24, 2006

**VI A HAND DELIVERY**  
The Honorable Kent Jordan  
United States District Court  
844 N. King Street  
Lock Box 10  
Wilmington, DE 19801

    RE:    *Local Union No. 313 et al. v. Bay Electrical Contractors, Inc.*  
             C.A. No. 05-691-KAG

Dear Judge Jordan:

    The above-referenced civil matter was amicably resolved between the parties in its entirety as of February 21, 2006. Appropriate Stipulations of Dismissal with Prejudice will be filed of record in the immediate future.

                                    Very truly yours,

                                    ROBINSON GRAYSON & DRYDEN

                                    STEPHEN F. DRYDEN

SFD/eak  
Cc:   Clerk, United States District Court for the District of Delaware  
        Jessica L. Tortella, Esquire  
        Rick S. Miller, Esquire  
        Stephen D.M. Robinson, Esquire