IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF, WILMINGTON DELWARE HEALTH AND WELFARE FUND, et al.<br>Plaintiffs<br><br>v.<br><br>BAY ELECTRICAL CONTRACTORS, INC.<br>Defendant | :<br>:<br>:<br>:  Civil Action No. 05- 691(KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JOINT STIPULATION OF DISMISSAL

It is stipulated and agreed by undersigned counsel on behalf of all parties to this action that this civil action shall be dismissed with prejudice and in accordance with the following:

(a) The caption of this civil action shall be revised to change the name of the Defendant from Bay Electrical Contractors, Inc. a/k/a Bay Electrical Services, LLC a/k/a Bay Electrical Services to Bay Electrical Contractors, Inc.;

(b) Nothing in the Complaint filed in this civil action shall relate to or be deemed to relate to any amounts which may be due to the Plaintiffs from Bay Electrical Services, LLC;

(c) Nothing in this dismissal shall affect or in any manner release or be deemed to releaseany and all claims against Bay Electrical Services, LLC which are the subject of Civil Action No. 06-037 (JJF) pending in this Court.

FOR PLAINTIFFS

FERRY, JOSEPH & PEARCE, P.A.

BY: _____
Rick S. Miller, Esquire (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555

FOR DEFENDANT

ROBINSON GRAYSON & DRYDEN

BY: _____
Stephen F. Dryden, Esquire (#2157)
910 Foulk Road, Suite 200
Wilmington, DE 19899
(302) 658-6400

**SO ORDERED:** _____

153099-1